UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENTRELL WINSTON | CIVIL ACTION |
| VERSUS | NO. 20-2823 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "J" (3) |

## ORDER

Considering the record, the applicable law, the Parties' Cross-Motions for Summary Judgment (Rec. Docs. 22, 25), the Magistrate Judge's Report and Recommendation (Rec. Doc. 26), and the Objection to Report and Recommendations (Rec. Doc. 27) filed by Plaintiff, Kentrell Winston ("Plaintiff").

**IT IS HEREBY ORDERED** that Plaintiff's objection (Rec. Doc. 27) is **OVERRULED**, the Magistrate Judge's Report and Recommendation (Rec. Doc. 26) is **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Summary Judgment* (Rec. Doc. 22) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's *Cross Motion for Summary Judgment* (Rec. Doc. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**.

New Orleans, Louisiana, this 11th day of March, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE